UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**03 11674 NG**

| | |
|---|---|
| ARISTA RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; and, BMG MUSIC, a New York general partnership,<br><br>        Plaintiffs,<br><br>v.<br><br>JUDITH SABATINO,<br><br>        Defendant. | CIVIL ACTION No. |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiffs identify their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

Plaintiff ARISTA RECORDS, INC. is a unit of Bertelsmann, Inc., which is not publicly traded.

Plaintiff ELEKTRA ENTERTAINMENT GROUP INC. is a subsidiary of Warner Communications Inc.; Time Warner Companies Inc.; and, AOL Time Warner Inc., which is publicly traded in the United States.

1

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff SONY MUSIC ENTERTAINMENT INC.'s parent company is Sony Corporation of America, which is publicly traded in the United States.

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff BMG MUSIC is a unit of Bertelsmann, Inc. and Bertelsmann AG, neither of which are publicly traded.

DATED: 9/8/03

ARISTA RECORDS; ELEKTRA ENTERTAINMENT GROUP; UMG RECORDINGS; SONY MUSIC ENTERTAINMENT; INTERSCOPE RECORDS; and, BMG MUSIC

By their attorneys,

By: _____
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100