AO 440 Summons in a Civil Action

# United States District Court
### DISTRICT OF MASSACHUSETTS

## SUMMONS IN A CIVIL CASE

ARISTA RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; and, BMG MUSIC, a New York general partnership,

CASE NUMBER:

**03 11674 NG**

V.

JUDITH SABATINO

TO:
JUDITH SABATINO
57 Main St., Apt. 1
North Chelmsford, MA 01863

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

COLIN J. ZICK
GABRIEL M. HELMER
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
PHONE: (617) 832-1000
FAX: (617) 832-7000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

SEP 09 2003
DATE

UNITED STATES DISTRICT COURT
District of Massachusetts
Case No. 03-CV-11674 NG

Arista Records, Inc., et al.,

    Plaintiffs,

-v-

Judith Sabatino,

    Defendant.

**RETURN OF SERVICE**

I hereby certify and return that today, September 24, 2003, at 6:00 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint, Civil Action Cover Sheet, Corporate Disclosure and Cover Letter to Defendant in this action upon the within named Judith Sabatino, by leaving said copies with Patrick Sabatino, her son and household/family member of suitable age & discretion, residing at 57 Main St. #1, North Chelmsford, MA, 01863, *his/her* last and usual abode.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on September 25, 2003.

_David H. Sullivan_ (signature)

**David H. Sullivan**, Constable
& Disinterested Person over Age 18.

Service & Travel: $79.00

**Butler and Witten**
Boston, MA
(617) 325-6455